UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

# CATEGORY SHEET

You must accompany your complaint with this Category Sheet, the Current Address Notice, and the Civil Cover Sheet (JS-44).

| NAME OF ATTORNEY | Sueiro Del Valle, Roberto |
|---|---|
| | (last name, first name, middle initial) |
| USDC-PR BAR NO. | 207801 |
| EMAIL ADDRESS: | rsdv@mac.com     sueirolaw@mac.com |

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: Dennis Mario Rivera

   Defendant: The Coca Cola Company, CCI Limited Partnership d/b/a Coca-Cola PR Bottlers

2. Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case

   ❏ Social Security

   ❏ Banking

   ❏ Injunction

3. Indicate the title and number of related cases (if any).

   _____
   _____

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ❏ Yes

   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☒ Yes

   ❏ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   ❏ Yes

   ❏ No

| DATE SUBMITTED: | June 3, 2013 |
|---|---|

rev. Jan. 08