IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **DENNIS M. RIVERA**<br><br>    Plaintiff,<br><br>       v.<br><br>**THE COCA COLA COMPANY, <u>et al.</u>**<br><br>    Defendants. | **CIVIL NO. 13-1426 (PAD)** |

## CASE MANAGEMENT ODER

The Court has reviewed all of the stipulated deadlines submitted by the parties in Docket No. 141.  Having considered the same, the Court issues this Case Management Order pursuant to Fed. R. Civ. P. 16(b) with the purpose of scheduling the course of litigation to achieve a just, speedy and inexpensive disposition of this action.

- Deadline to amend the pleadings and to add parties: **August 29, 2014**.

- Deadline for Rule 26 disclosures: **September 12, 2014**.

- Conclusion of Discovery: **March 30, 2015**.

- Deadline to file motion(s) for summary judgment: **April 30, 2015**.  Oppositions to the motion(s) for summary judgment shall be filed on or before **May 29, 2015**. Replies and sur-replies will be allowed. They should be submitted without further Court authorization no later than five (5) days after filing of the motion they are responding to (i.e. opposition or reply). No additional motions on this matter are to be tendered or filed without prior Court approval.

- Pre-trial Conference: **to be scheduled on a later date.**

All deadlines will be strictly enforced.

   **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of July, 2014.

                                       s/Pedro A. Delgado-Hernández
                                       PEDRO A. DELGADO-HERNÁNDEZ
                                       United States District Judge